Case 6:22-cv-00051   Document 21   Filed on 09/14/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| TINA MARIE MCDONALD, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 6:22-CV-00051 |
| § | |
| KILOLO KIJAKAZI, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion, the undersigned enters final judgment in this case. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on September 14, 2023.

_____
Jason B. Libby
United States Magistrate Judge